IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

TIMOTHY MOSLEY,

     Plaintiff,

vs.

AMERICAN HOME ASSURANCE
COMPANY, a Foreign Corporation, licensed
and authorized to do business in the State of
Florida,

     Defendant.         /

## DEFENDANT'S, AMERICAN HOME ASSURANCE COMPANY'S, NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that the Defendant, AMERICAN HOME ASSURANCE COMPANY, (hereinafter "Defendant" or "American Home"), a foreign corporation, by and through its undersigned counsel and pursuant to 28 U.S.C. § 1446, hereby files this Notice of Removal in order to Remove the above-captioned civil action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United District Court for the Southern District of Florida. The above-captioned civil State Court action is styled as *Timothy Mosley v. American Home Assurance Company*, Case No.: 12-50115CA20 (hereinafter "State Court Action"). The grounds for removal of the State Court Action to this court are as follows:

1. American Home is the Defendant in a civil action brought by Plaintiff, TIMOTHY MOSLEY (hereinafter "Plaintiff"), in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, which is located within the Miami Division of the United States District Court for the Southern District of Florida.

2. The action is a suit between citizens of different states in which the amount in controversy exceeds $75,000.00. Accordingly, American Home is entitled to remove this action because this Honorable Court has original jurisdiction based on diversity of citizenship as provided by 28 U.S.C. § 1332.

3. American Home is incorporated in New York with its principal place of business in New York.

4. Removal is timely under 28 U.S.C. §1446. The Complaint for Money Damages ("Complaint") was filed in Florida State Court on or about December 27, 2012, but was not served until on or about January 7, 2013. The Plaintiff's claim is for payment of benefits for alleged personal property loss that occurred on or about August 21, 2010, under a policy of insurance, bearing policy number PCG 0006346990, for the period of January 11, 2010, to January 11, 2011.

5. The Plaintiff seeks, *inter alia*, monetary relief with regard to its claim for breach of contract against American Home. The Plaintiff further seeks an award of attorneys' fees, costs, and interest.

6. American was served with process and a copy of the Complaint on or about January 7, 2013, the date upon which the Chief Financial Officer of the State of Florida forwarded a copy of the Complaint to American Home's designated agent, and the date upon

which American Home's designated agent for service of process received the same.

7. This Notice of Removal is timely filed within thirty (30) days of American Home's receipt of the initial pleading and/or receipt of other papers from which it can first be ascertained that the case is one which is removable. Complete copies of all process, pleadings, and any orders served upon American Home in the State Court Action are collectively attached to this Notice of Removal, pursuant to 28 U.S.C. § 1446(a), as Exhibit "A."

8. Venue is proper in this district and division under 28 U.S.C. §1441 because the Circuit Court is located within this district and division.

9. At all material times hereto, including the time of the filing and service of the Complaint in the State Court Action, and the time of filing and service of this Notice, the Plaintiff owned real property in and is a resident of Miami-Dade County, Florida.

10. At all material times hereto, American Home was and is a foreign corporation doing business in the State of Florida and with its principal place of business in the State of New York.

11. The allegations in the Plaintiff's Complaint together with documents supplied by the Plaintiff to Defendant demonstrate that the amount in controversy in this case exceeds $75,000.00, exclusive of interest and costs.

12. The Plaintiff's Complaint alleges that while said certain policy of insurance was in effect, on or about August 21, 2010, the Plaintiff suffered a loss to his personal property. *See Compl.* at ¶ 13.

13. The Complaint alleges that the Plaintiff submitted a claim to American Home for the loss, and that American Home refused to pay for the damages claimed, resulting in a breach of the policy *Id.* at ¶ 11, 17, 18.

14. The Complaint further alleges that the Plaintiff suffered damages in the amount of $1,800,000.00, exclusive of interest. *Id.* at ¶ 18.

15. The Plaintiff's Complaint, *inter alia*, seeks compensatory damages against American Home, as well as attorney's fees, costs, and interest.

16. The foregoing allegations submitted by the Plaintiff as part of his Complaint sounding in Breach of Contract demonstrate that the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

17. A copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

**WHEREFORE**, Defendant, AMERICAN HOME ASSURANCE COMPANY, respectfully requests that the civil action filed by Plaintiff, TIMOTHY MOSLEY, in the Circuit Court for the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, be removed to this Court as provided by 28 U.S.C. §1441, *et. seq*, and that this Honorable Court accept jurisdiction of this action.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 25th day of January, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: _/s/ Chris_____

STEVEN C. TEEBAGY, ESQUIRE
Florida Bar No.: 0064823
steebagy@powersmcnalis.com
MEGHAN WILSON, ESQUIRE
Florida Bar No.: 0036712
mwilson@powersmcnalis.com
**POWERS MCNALIS TORRES TEEBAGY LUONGO**
P.O. Box 21289
West Palm Beach, FL 33416-1289
(561) 588-3000 Telephone
(561) 588-3705 Facsimile
Attorneys for Defendant, American Home Assurance Company

## SERVICE LIST

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

TIMOTHY MOSLEY v. AMERICAN HOME ASSURANCE COMPANY, a Foreign Corporation, licensed and authorized to do business in the State of Florida

CASE NO.

Keith A. Seldin, Esq.
kseldin@bellsouth.net
Law Offices of Keith A. Seldin, P.A.
Maplewood Professional Center
1934 Commerce Lane, Suite 2
Jupiter, FL 33458
Telephone: (561) 747-3000
Facsimile: (561) 747-3040
Attorney for Plaintiff, Timothy Mosley


CHARTI-11618/33
SCT/mw