UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-20259-CIV-KING

TIMOTHY MOSLEY and
MONIQUE MOSLEY,

    Plaintiffs,

v.

AMERICAN HOME ASSURANCE COMPANY,
a foreign corporation, organized in the State of
New York, and licensed and authorized to do
business in the State of Florida,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Notice of Dismissal with Prejudice (D.E. #31) filed January 6, 2014, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby DISMISSED with prejudice.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The **Pretrial Conference** previously set for **March 14, 2014** and the **Trial** previously set for **May 19, 2014** are hereby CANCELED.

4.     The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 8th day of January, 2014.

                                                    JAMES LAWRENCE KING
                                                  UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record